UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Asia Myers,

    Plaintiff,

v.     Case No. 13-14459

SSC Westland Operating Company, LLC,     Honorable Sean F. Cox
d/b/a Hope Healthcare Center, and     Magistrate Judge Mona K. Majzoub
SavaSeniorCare Administrative Services,
LLC,

    Defendants.

_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

Plaintiff filed this action on October 23, 2013, alleging that Defendants violated Title VII, as amended by the Pregnancy Discrimination Act, as well as the Americans with Disabilities Act and Michigan's Elliott Larsen Civil Rights Act. (Compl., Doc. #1; Amended Compl., Doc. #28).

On March 4, 2015, Magistrate Judge Mona K. Majzoub granted Plaintiff's Motion to Compel Discovery. (Doc. #37). Thereafter, Plaintiff filed a Bill of Costs associated with that motion. (Doc. #51). Defendants filed Objections to Plaintiff's Bill of Costs. (Doc. #52).

On June 4, 2015, Magistrate Judge Majzoub issued a Report and Recommendation ("R&R") wherein she recommended that the Court award Plaintiff "reasonable costs and attorneys' fees in the amount of $1,614.30, payable by Defendant and Defense counsel." (June 4, 2015 R&R, Doc. #57).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being

1

served with a copy of the R&R. FED. R. CIV. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby ACCEPTS AND ADOPTS the June 4, 2015 R&R. IT IS ORDERED that Plaintiff is awarded costs and attorneys' fees in the amount of $1,614.30, payable by Defendants and Defense counsel.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: June 25, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 25, 2015, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager